# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARMANDO AGUIRRE, <br><br> Defendant. | Case No. 18-CR-526-JLS <br><br> **ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment (ECF No. 11) in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 2, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge